# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM T. HANGLEY, as Receiver** *pendente lite* **for FLEETWAY LEASING COMPANY, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **AEZ RENT A CAR LLC,** *et al.,* <br><br> *Defendants.* | **Civ. A. No. 2:19-cv-00460-PD** |

## CERTIFICATE OF SERVICE

I, Matthew A. Hamermesh, certify that on February 4, 2019, I caused a copy of the Order this Court entered in the above-captioned action on February 4, 2019 [ECF 3], to be delivered to the following parties in the manner described below:

**via First Class mail and Federal Express overnight delivery to:**

| | |
|---|---|
| AEZ Rent a Car <br> 4919 20th Street <br> Brooklyn, NY 11204 | Yitzchok Birnhack <br> 4919 20th Street <br> Brooklyn, NY 11204 |
| Daniel Kane, Esquire <br> Daniel E. Kane, P.C. <br> 44 Court Street, Suite 1217 <br> Brooklyn, NY 11201 | Daniel E. Kane, P.C. <br> 2070 Trumbauersville Road <br> Quakertown, PA 18951 |

**and via electronic mail to:**

Daniel E. Kane: DKane@LawKane.com

Dated:  February 5, 2019    /s/ Matthew A. Hamermesh
                            Matthew A. Hamermesh