# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM T. HANGLEY, as Receiver *pendente lite* for FLEETWAY LEASING COMPANY, INC.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **AEZ RENT A CAR LLC,** *et al.,* <br><br> *Defendants.* | **Civ. A. No. 2:19-cv-00460-PD** |

### REPORT OF THE RECEIVER *PENDENTE LITE* PURSUANT TO PARAGRAPH 3 OF THE COURT'S ORDER OF FEBRUARY 28, 2019

Plaintiff William T. Hangley (the "Receiver"), Receiver *pendente lite* for Fleetway Leasing Company, Inc., FMC2, Inc., and FMC3, LLC (collectively, "Fleetway"), submits this Report pursuant to paragraph 3 of the Order entered in the above-captioned matter on February 28, 2019 (the "Replevin Order", ECF NO. 10), and states as follows:

1. The issues presented in the Receiver's Motion for Summary Relief in the Nature of Replevin [ECF No. 2] have been resolved to the Receiver's satisfaction.

2. The Receiver has received a payment of $38,810 from Defendant AEZ. This amount is sufficient to bring the leases of the Remaining Vehicles current, as well as pay an additional month of rent in advance.

3.  In addition, Defendant AEZ has provided the Receiver a written statement identifying the current location and the person presently in possession of the Remaining Vehicles.

4.  Counsel for the Defendants has indicated that he will provide a signed acceptance of service of process on behalf of both of the Defendants.

5.  The Receiver intends to file a certified copy of the Replevin Order in the United States District Court for the Eastern District of New York so that he may implement it as swiftly as possible if Defendants fail to make any future payments required under their leases.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Dated: March 5, 2019

By: */s/ Matthew A. Hamermesh*
  Matthew A. Hamermesh
  Adam N. Schupack
  One Logan Square, 27th Floor
  Philadelphia, PA 19103-6933
  (215) 568-6200 (telephone)
  (215) 568-0300 (facsimile)

*Counsel for William T. Hangley, Receiver Pendente Lite for Fleetway Leasing Company, Inc., FMC2, Inc., and FMC3, LLC*