## CERTIFICATE OF SERVICE

I, Matthew A. Hamermesh, certify that on this day, March 5, 2019, I caused the Revised Proposed Order to be served via the Court's CM/ECF System upon counsel of record.


Dated:  March 5, 2019                             /s/ Matthew A. Hamermesh
                                                           Matthew A. Hamermesh